# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 17, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146724(101)

LaFONTAINE SALINE, INC., d/b/a
LaFONTAINE CHRYSLER JEEP DODGE
RAM,

      Plaintiff-Appellee,

v

CHRYSLER GROUP, LLC,

      Defendant-Appellee,

and

IHS AUTOMOTIVE GROUP, LLC, d/b/a/
CHRYSLER JEEP OF ANN ARBOR,

      Defendant-Appellant.

_____/

SC: 146724
COA: 307148
Washtenaw CC: 10-001329-CZ

      On order of the Chief Justice, the motion of defendant-appellant IHS Automotive Group, LLC, to extend the time to file its reply brief is GRANTED. The reply brief will be accepted as timely filed if filed on or before February 10, 2014.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 17, 2014



Clerk